## Return

| Case No.: 4:26-MJ-019 | Date and time warrant executed: 1/15/26 @ 1015 hours | Copy of warrant and inventory left with: N/A |
|---|---|---|

*Inventory made in the presence of:* USPIS PI M. Maiden and PI R. DeShields

*Inventory of the property taken and name of any person(s) seized:*

- 1 clear heatsealed plastic baggy containing 1.2oz of blue tablets with "M/30" imprint. Suspected to contain fentanyl and nitazene

**FILED**

**January 27, 2026**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/15/26

*Executing officer's signature*

M. Maiden - Postal Inspector / Federal Agent
*Printed name and title*

Print   Save As...   Reset